UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
NOV - 6 2007

*****************************************************************

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. SPENCER GREENDYKE, M.D., | CIV 04-4105 |
| Plaintiffs, | |
| vs. | |
| CNOS, P.C. CNOS HOLDING CO., LLC, JOHN DOES (1-19), DR. MICHAEL C. GENOFF, SIOUXLAND SURGERY CENTER LIMITED LIABILITY PARTNERSHIP, a Michigan Corporation; STRYKER CORPORATION, a Michigan Corporation, | JUDGMENT |
| Defendants. | |

*****************************************************************

In accordance with the Order filed this date with the Clerk, the Memorandum Opinion and Order filed with the Clerk on September 27, 2007, and the Order of Dismissal filed on May 23, 2006,

IT IS ORDERED, ADJUDGED and DECREED that the claims and causes of action set forth in the Complaint and the Amended Complaint are dismissed (a) with prejudice to the Relator and to the United States on claims for Covered Conduct as set forth in the Settlement Agreements, and (b) with prejudice to Relator and without prejudice to the United States as to any other claims set forth in the Complaint and Amended Complaint.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Relator Spencer Greendyke, M.D. shall recover attorney's fees and costs in the amount of $91,116.58 from Defendants CNOS, P.C., CNOS Holding Co., LLC and Siouxland Surgery Center Limited Liability Partnership.

Dated this 6th day of November, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Sharon Dooley
    DEPUTY